# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KAREN F., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:19-CV-01401-MLP <br><br> ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a hearing. The ALJ will obtain evidence from a medical expert regarding the nature and severity of Plaintiff's impairments; reconsider Plaintiff's residual functional capacity; further evaluate the opinion evidence; further evaluate Plaintiff's symptom testimony; seek supplemental vocational expert evidence to determine whether

ORDER OF REMAND - Page 1 – [2:19-CV-01401-MLP]

Plaintiff is capable of performing past relevant work and/or whether there are a significant number of jobs in the national economy that Plaintiff can perform; and issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 13th day of April 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

ORDER OF REMAND - Page 2 – [2:19-CV-01401-MLP]